IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Juanita Pedelose,     Case No. 3:16CV58

    Plaintiff

    v.     **JUDGMENT ENTRY**

Commissioner of Social Security,

    Defendant

In accordance with order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. The Commissioner's objections to the Report and Recommendation (Doc. 17) be, and the same hereby are, sustained; and

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

    /s/ James G. Carr
    Sr. U.S. District Judge